# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 32
U.S. Bank National Association,
&c.,
    Respondent,
  v.
DLJ Mortgage Capital, Inc.,
    Appellant.

Richard A. Jacobsen, for appellant.
Hector J. Torres, for respondent.

Reargument ordered for a future Court session. Chief Judge DiFiore and Judges Rivera, Stein, Fahey and Garcia concur. Judge Wilson took no part.

Decided May 6, 2021